IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANIEL SCOTT MORGAN; and
CHRISTOPHER MICHAEL MORGAN                                                  PLAINTIFFS

VS.                                  3:14-CV-00015-BRW

WEST MEMPHIS STEEL & PIPE, INC.                                             DEFENDANT

## ORDER

Pending is Plaintiff's Unopposed Motion for Leave to File Documents Under Seal (Doc. No. 21).  The Motion is GRANTED.

IT IS SO ORDERED this 4th day of April, 2014.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE